**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
DAMIEN P. DELANEY (SBN 246476)
GALIT AVITAN KNOTZ (SBN 252962)
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
gknopp@akingump.com
ddelaney@akingump.com
gknotz@akingump.com

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VICTORIA ADAMS, an individual, | Case No. 2:12-cv-00926 ODW (JEMx) |
|---|---|
| Plaintiff, | **DISCOVERY MATTER** |
| vs. | **[PROPOSED] ORDER RE: STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL DISCOVERY MATERIAL** |
| STARBUCKS CORPORATION, a Washington corporation; and DOES 1-10, inclusive, | |
| Defendants. | Magistrate Judge: Hon. John E. McDermott<br>Courtroom:   C – 8th Floor |

1 | The Court, having considered the Stipulation for Protective Order re Confidential Discovery Material ("Stipulation") submitted by Defendant Starbucks Corporation ("Defendant") and plaintiff Victoria Adams, and finding good cause shown, hereby orders as follows: .

The terms set forth in the Stipulation Re Protective Order Re Confidential Discovery Material shall be implemented.

Dated: March 26, 2012            /s/John E. McDermott_____
                                 Hon. John E. McDermott
                                 United States Magistrate Judge

102997382